UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D'Andre M. Perry,<br><br>       Plaintiff,<br><br>-against-<br><br>Troy Byrd and Family Tradition LLC,<br><br>       Defendant. | 1:25-cv-03686 (PAE) (SDA)<br><br>ORDER |

**STEWART D. AARON, United States Magistrate Judge:**

  A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Thursday, September 18, 2025, at 11:00 a.m. The conference shall proceed via Microsoft Teams.

  The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Thursday, September 11, 2025).

SO ORDERED.

DATED:  New York, New York
      July 1, 2025

                    */s/ Stewart D. Aaron*
                    _____
                    STEWART D. AARON
                    United States Magistrate Judge